IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| BRANDI NELSON, | ) | CASE NO. 1:18-cv-00677 |
| | ) | |
| Plaintiff, | ) | JUDGE DAN AARON POLSTER |
| | ) | |
| vs. | ) | **STIPULATED ORDER** |
| | ) | |
| M & Y CARE, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on the Parties' Joint Motion for Approval of Settlement ("Joint Motion") pursuant to §16(b) of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b). The Joint Motion asks the Court to approve, as fair and reasonable, the proposed Settlement reached by the Parties and memorialized in the Settlement Agreement and General Release ("Agreement") attached to the Joint Motion as Exhibit 1.

Having reviewed the Joint Motion, the Agreement, and the pleadings and papers on file in this Action, and for good cause established therein, the Court enters this Stipulated Order approving the Settlement, and the Release as follows:

1. The captioned Lawsuit asserts wage-and-hour claims under the FLSA, 29 U.S.C. § 201 *et seq.*, on behalf of Plaintiff Brandi Nelson.

2. The Court finds that the proposed Settlement is fair and reasonable and satisfies the standard for approval under § 16(b) of the FLSA, 29 U.S.C. § 216(b).

3. The Court approves the Agreement, and orders that the Settlement be implemented according to the terms and conditions of the Agreement and as directed herein.

4. The Court shall retain jurisdiction to effectuate the terms of the Settlement.

{7487782: }

**SO ORDERED:**

Date: __June 18, 2018_____    _____
DAN AARON POLSTER
United States District Judge

**SO STIPULATED:**

*/s/ David W. Neel*_____    */s/ Ryan T. Neumeyer*_____
David W. Neel, Esq. (#0033611)           Ryan T. Neumeyer (0076498)
David W. Neel, LLC                       McDonald Hopkins LLC
16781 Chagrin Blvd.                      Signature Square II, Suite 220
Shaker Heights, Ohio 44120               600 Superior Avenue, Suite 2100
Telephone: (216) 522-0011                Cleveland, Ohio 44114
Facsimile: (844) 548-3570                Tel: 216-348-5838 / 216-348-5474
Email: dwneel@neellaw.com                Email: rneumeyer@mcdonaldhopkins.com

*Attorney for Plaintiff*                 *Attorney for Defendant*
*Brandi Nelson*                          *M & Y Care, LLC*

{7487782: }                    2